UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:23-cv-0883 KJN P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA SUPREME COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is incarcerated in Salinas Valley State Prison in Soledad, California, located in Monterey County, and was convicted in Los Angeles County. Monterey County is in an area embraced by the Northern District of California, and Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

Pursuant to 28 U.S.C. § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.

Dated: May 16, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/driv0883.108b